Rew R. Goodenow, Bar No. 3722
Robert W. DeLong, Bar No. 10022
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
RGoodenow@parsonsbehle.com

David I. Gindler (*pro hac vice*)
Josh B. Gordon (*pro hac vice*)
Lauren N. Drake (*pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 203-7106
Facsimile: (310) 203-7990
dgindler@irell.com
josh.gordon@irell.com
ldrake@irell.com

*Attorneys for Plaintiff PDL BioPharma, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PDL BIOPHARMA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERCK SHARP & DOHME CORP., a New Jersey corporation,<br><br>Defendant. | Case No. 3:15-cv-00536-RCJ-VPC<br><br>NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE
2  THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PDL BioPharma, Inc.
3  hereby dismisses this action without prejudice. Defendant Merck Sharp & Dohme Corp. has not
4  filed either an answer or a motion for summary judgment.

By: /s/ Rew R. Goodenow
Rew R. Goodenow, Bar No. 3722
Robert W. DeLong, Bar No. 10022
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250


David I. Gindler (*pro hac vice*)
Josh B. Gordon (*pro hac vice*)
Lauren N. Drake (*pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 203-7106
Facsimile: (310) 203-7990


*Attorneys for Plaintiff PDL Biopharma, Inc.*


IT SO SO ORDERED this 24th day of February, 2016.

_____
ROBERT C. JONES

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2016, I filed a true and correct copy of the foregoing NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)) with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to the following registered users:

Michael D. Rounds
Adam Yowell
Brownstein Hyatt Farber Schreck, LLP
5371 Kietzke Lane
Reno, NV 89511
ayowell@bhfs.com
mrounds@bhfs.com

Thomas S. Fletcher
Galina Igorevna Fomenkova
Aaron P. Maurer
Adam L. Perlman
David I Berl
William & Connolly LLP
725 Twelfth Street, NW
Washington DC 20005
gfomenkova@wc.com
dberl@wc.com

Attorney for Defendant

/s/ Karty Sm

Employee of Parsons Behle & Latimer
4812-5269-4316 v1